IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| FRANK DURAND TOMLIN, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:13-CV-91 |
| SCOTLAND CORRECTIONAL INSTITUTION, ET AL., | ) | |
| Defendants. | ) | |

**ORDER AND JUDGMENT**

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on February 20, 2013, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636. Upon review, the Court hereby adopts the Recommendation.

**IT IS THEREFORE ORDERED and ADJUDGED** that this action is filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Magistrate Judge's Recommendation.

This the 18th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE